No. 78–6567.   LEDUC *v.* FLORIDA.   Sup. Ct. Fla.;

No. 78–6577.   JORDAN *v.* MISSISSIPPI.   Sup. Ct. Miss.;

No. 78–6637.   HENRY *v.* FLORIDA.   Sup. Ct. Fla.;

No. 78–6650.   VILLARREAL *v.* TEXAS.   Ct. Crim. App. Tex.;

No. 78–6695.   PRESNELL *v.* GEORGIA.   Sup. Ct. Ga.;

No. 78–6740.   SMITH *v.* FLORIDA.   Sup. Ct. Fla.;

No. 78–6897.   FLEMING *v.* GEORGIA.   Sup. Ct. Ga.;

No. 79–5059.   JACKSON *v.* FLORIDA.   Sup. Ct. Fla.;

No. 79–5075.   SALVATORE *v.* FLORIDA.   Sup. Ct. Fla.;

No. 79–5115.   SPENCER *v.* HOPPER, WARDEN.   Sup. Ct. Ga.;

No. 79–5143.   WILLIS *v.* GEORGIA.   Sup. Ct. Ga.; and

No. 79–5169.   FOSTER *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 78–6567, 365 So. 2d 149; No. 78–6577, 365 So. 2d 1198; No. 78–6637, see 328 So. 2d 430; No. 78–6650, 576 S. W. 2d 51; No. 78–6695, 243 Ga. 131, 252 S. E. 2d 625; No. 78–6740, 365 So. 2d 704; No. 78–6897, 243 Ga. 120, 252 S. E. 2d 609; No. 79–5059, 366 So. 2d 752; No. 79–5075, 366 So. 2d 745; No. 79–5115, 243 Ga. 532, 255 S. E. 2d 1; No. 79–5143, 243 Ga. 185, 253 S. E. 2d 70; No. 79–5169, 369 So. 2d 928.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–6745.   AWKARD ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE BRENNAN would grant certiorari.

No. 79–174.   JOHNSON ET AL. *v.* MOTOR VEHICLE DIVISION, DEPARTMENT OF REVENUE OF COLORADO.   Sup. Ct. Colo.   Certiorari denied.   MR. JUSTICE BRENNAN would grant certiorari.